# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A AND A PRODUCE, INC.** <br><br> Plaintiff, <br><br> v. <br><br> **FOOTHILL PRODUCE, INC., ET AL.** <br><br> Defendants. | Case No. 21-cv-9986-YGR <br><br> **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Edward Davila to consider whether it is related to *A and A Produce, Inc. v. Felipe's Market, Inc., Felipe Diaz Ayala, and Saira Diaz*, 5:21-cv-09985-EJD.

**IT IS SO ORDERED.**

Dated: January 3, 2022

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE